74 A.3d 122

Mark BROWN, Petitioner

v.

COURT OF COMMON PLEAS, Respondent.

No. 94 EM 2013.

Supreme Court of Pennsylvania.

Sept. 4, 2013.

## ORDER

PER CURIAM.

AND NOW, this 4th day of September, 2013, the Application for Leave to File Original Process and the Petition for

Writ of Mandamus are **DISMISSED.** *Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.